THE STATE EX REL. O'BRIEN, PROS. ATTY., ET AL., APPELLANTS, *v.* POWERFONE, INC. ET AL., APPELLEES.

[Cite as *State ex rel. O'Brien v. Powerfone, Inc.* (1999), 85 Ohio St.3d 109.]

(Nos. 98–148 and 98–630—Submitted February 24, 1999—Decided March 24, 1999.)

*Ron O'Brien,* Franklin County Prosecuting Attorney, and *Joseph R. Durham,* Assistant Prosecuting Attorney, for appellants.

The judgment of the court of appeals is affirmed on the authority of *Campanelli v. AT&T Wireless Serv., Inc.* (1999), 85 Ohio St.3d 103, 706 N.E.2d 1267, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *Campanelli v. AT&T Wireless Serv., Inc.* (1999), 85 Ohio St.3d 103, 108–109, 706 N.E.2d 1267, 1270–1271.